JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN HOLT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | Case No. CV 19-5707-CJC-JC<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED:　July 8, 2019

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE